UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

HUGH ROBINSON,                                       CV 05-321-ST

      Petitioner,

          v.                                                ORDER

CHARLES DANIELS,

      Defendant.
_____

REDDEN, Judge:

      On December 14, 2006, Magistrate Judge Stewart filed her Findings and Recommendation (doc. 40) that Mr. Hugh Robinson's Petition (doc. 1) for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed for lack of jurisdiction. The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996).

PAGE 1 - ORDER

Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (doc. 40), and the Petition (doc. 1) for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

IT IS SO ORDERED.

DATED this  <u>22nd</u>  day of January, 2007.

<u>/s/ James A. Redden            </u>
James A. Redden
United States District Judge

PAGE 2 - ORDER